

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 4:21-cr-31 |
| ) | |
| v. ) | 18 U.S.C. § 1349 |
| ) | Conspiracy to Commit Bank Fraud |
| STEVEN M. PRICE, ) | (Count 1) |
| ) | |
| Defendant. ) | 18 U.S.C. §§ 1344 and 2 |
| ) | Bank Fraud |
| ) | (Counts 2–9) |
| ) | |
| ) | 18 U.S.C. §§ 1028A and 2 |
| ) | Aggravated Identity Theft |
| ) | (Counts 10–17) |
| ) | |
| ) | 18 U.S.C. §§ 1014 and 2 |
| ) | False Statements to a Federally |
| ) | Insured Financial Institution |
| ) | (Count 18) |
| ) | |
| ) | 18 U.S.C. § 982(a)(2)(A) |
| ) | Asset Forfeiture |

INDICTMENT

May 2021 Term – at Newport News, Virginia

GENERAL ALLEGATIONS

At all relevant times:

1.  STEVEN M. PRICE, the defendant herein (hereinafter "PRICE"), was a resident of New York.

2.  Truist Financial Corporation is a financial institution, as defined by Title 18, United States Code, Section 20. Truist Financial Corporation is insured by the Federal Deposit Insurance Act. Truist Financial Corporation does business under the name BB&T.

## COUNT ONE
(Conspiracy to Commit Bank Fraud)

THE GRAND JURY CHARGES THAT:

1. The factual allegations set forth in the General Allegations are incorporated herein as if set out in full.

2. Beginning on a date unknown, but believed to be no later than on or about December 22, 2020, and continuing until on or about at least January 29, 2021, the exact dates being unknown, in the Eastern District of Virginia and elsewhere, PRICE, the defendant herein, along other conspirators known and unknown, did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown, to commit the following offense against the United States: to knowingly execute and attempt to execute a scheme and artifice to defraud and to obtain money, funds, assets, securities, and other property owned by and under the custody and control of a financial institution as defined under Title 18, United States Code, Section 20, by means of materially false and fraudulent pretenses, representations and promises in violation of Title 18, United States Code, Section 1344.

## WAYS, MANNER, AND MEANS OF THE CONSPIRACY

The ways, manner, and means by which the foregoing objectives of the conspiracy to commit bank fraud were to be accomplished included, but were not limited to, the following:

3. The primary purpose of the conspiracy and the scheme and artifice was for conspirators to obtain through fraudulent means money, credits, assets, securities, and other property owned by and under the control of financial institutions located in the Eastern District of

Virginia and elsewhere, including Truist Financial Corporation, by making withdrawals from the accounts of Truist Financial Corporation customers without authorization.

4. It was part of the scheme and artifice that the conspirators, known and unknown, identified unwitting victims with substantial assets held under the custody and control of financial institutions like Truist Financial Corporation.

5. It was further part of the scheme and artifice that the conspirators, known and unknown, stole those victims' financial information and other personally identifying information.

6. It was part of the scheme and artifice that the conspirators, known and unknown, obtained false driver's licenses that, at least in certain cases, included PRICE's picture and the names and identifying information of the true account holders.

7. It was further part of the scheme and artifice that PRICE presented the fraudulent driver's licenses and the account numbers of the true account holders at financial institutions and, in so doing, drew against the bank accounts of unwitting victims who did not benefit from or otherwise authorize these transactions.

8. It was part of the scheme and artifice that PRICE traveled from the State of New York to the Commonwealth of Virginia to carry out this fraud.

(In violation of Title 18, United States Code, Sections 1349 and 1344.)

## COUNTS TWO THROUGH NINE
(Bank Fraud)

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations set forth in the General Allegations are incorporated herein as if set out in full.

2. On or about the dates and in the manner set forth below, in the Eastern District of Virginia, PRICE, the defendant herein, aided and abetted by others, and along with other conspirators known and unknown to the Grand Jury, did knowingly and willfully attempt to execute a scheme and artifice to defraud and to obtain the moneys, funds, credits, assets, and securities owned by and under the custody and control of Truist Financial Corporation ("Truist"), a financial institution under Title 18, United States Code, Section 20, doing business as BB&T, by means of the materially false and fraudulent pretenses, representations, and promises identified below:

| Count | Date / Location (on or about) | Description of Transaction |
| --- | --- | --- |
| 2 | 12/29/2020 Portsmouth, Virginia | PRICE withdrew $2,000.00 from Truist account (last four digits 2290) of J.W. following his presentation of a false Florida driver's license in J.W.'s name. |
| 3 | 12/29/2020 Portsmouth, Virginia | PRICE withdrew $4,000.00 from Truist account (last four digits 6904) of S.B. following his presentation of a false Florida driver's license in S.B.'s name. |
| 4 | 1/20/2021 Hampton, Virginia | PRICE obtained $2,500.00 from Truist following his presentation of a check purporting to be from M.S. and made out to J.W. and a false Florida driver's license in J.W.'s name. |
| 5 | 1/20/2021 Hampton, Virginia | PRICE withdrew $6,000.00 from Truist account (last four digits 3338) of J.W. following his presentation of a false Florida driver's license in J.W.'s name. |
| 6 | 1/21/2021 Williamsburg, Virginia | PRICE withdrew $6,100.00 from Truist account (last four digits 3338) of J.W. following his presentation of a false Florida driver's license in J.W.'s name. |
| 7 | 1/21/2021 Hampton, Virginia | PRICE withdrew $6,500.00 from Truist account (last four digits 3338) of J.W. following his presentation of a false Florida driver's license in J.W.'s name. |

| 8 | 1/29/2021 Williamsburg, Virginia | PRICE withdrew $6,500.00 from Truist account (last four digits 1151) of S.P. following his presentation of a false Florida driver's license in S.P.'s name. |
|---|---|---|
| 9 | 1/29/2021 Williamsburg, Virginia | PRICE attempted to withdraw $7,000.00 from Truist account (last four digits 1151) of S.P. following his presentation of a false Florida driver's license in S.P.'s name. |

(In violation of Tile 18, United States Code, Sections 1344 and 2.)

## COUNTS TEN THROUGH SEVENTEEN
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations contained in the General Allegations section are incorporated herein by reference as if set out in full.

2. On or about the dates and in the manner set forth below, in the Eastern District of Virginia, PRICE, the defendant herein, aided and abetted by one another and others, and along with other conspirators known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally transfer, possess, and use, without lawful authority, a means of identification of another during and in relation to felony violations of provisions contained in Chapter 63 of Title 18, to wit: Bank Fraud, in violation of Title 18, United States Code, Section 1344.

| Count | Date / Location (on or about) | Description/Purpose of Transaction/Means of Identifications | Felony Violation(s) |
|---|---|---|---|
| 10 | 12/29/2020 Portsmouth, Virginia | PRICE used a bank account number (last four digits 2290) belonging to J.W. to withdraw money under false pretenses from a financial institution in Portsmouth, Virginia. | 18 U.S.C. § 1344 (ref. Count 2) |
| 11 | 12/29/2020 Portsmouth, Virginia | PRICE used a bank account number (last four digits 6904) belonging to S.B. to withdraw money under false pretenses from a financial institution in Portsmouth, Virginia. | 18 U.S.C. § 1344 (ref. Count 3) |
| 12 | 1/20/2021 Hampton, Virginia | PRICE used a bank account number (last four digits 3338) belonging to J.W. to obtain money under false pretenses from a financial institution in Hampton, Virginia. | 18 U.S.C. § 1344 (ref. Count 4) |

| | | | |
|---|---|---|---|
| 13 | 1/20/2021<br><br>Hampton, Virginia | PRICE used a bank account number (last four digits 3338) belonging to J.W. to withdraw money under false pretenses from a financial institution in Hampton, Virginia. | 18 U.S.C. § 1344<br><br>(ref. Count 5) |
| 14 | 1/21/2021<br><br>Williamsburg, Virginia | PRICE used a bank account number (last four digits 3338) belonging to J.W. to withdraw money under false pretenses from a financial institution in Williamsburg, Virginia. | 18 U.S.C. § 1344<br><br>(ref. Count 6) |
| 15 | 1/21/2021<br><br>Hampton, Virginia | PRICE used a bank account number (last four digits 3338) belonging to J.W. to withdraw money under false pretenses from a financial institution in Hampton, Virginia. | 18 U.S.C. § 1344<br><br>(ref. Count 7) |
| 16 | 1/29/2021<br><br>Williamsburg, Virginia | PRICE used a false Florida driver's license (last four digits 0191) with the identifying information of S.P. and a bank account number (last four digits 1151) belonging to S.P. to withdraw money under false pretenses from a financial institution in Williamsburg, Virginia. | 18 U.S.C. § 1344<br><br>(ref. Count 8) |
| 17 | 1/29/2021<br><br>Williamsburg, Virginia | PRICE used a false Florida driver's license (last four digits 0191) with the identifying information of S.P. and a bank account number (last four digits 1151) belonging to S.P. to attempt to withdraw money under false pretenses from a financial institution in Williamsburg, Virginia. | 18 U.S.C. § 1344<br><br>(ref. Count 9) |

(In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.)

## COUNT EIGHTEEN
(False Statements to a Federally Insured Financial Institution)

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations set forth in the General Allegations are incorporated herein as if set out in full.

2. On or about January 20, 2021, in the Eastern District of Virginia and elsewhere, PRICE, the defendant herein, aided and abetted by others, and along with other conspirators known and unknown to the Grand Jury, knowingly made a false statement and report for the purpose of influencing Truist Financial Corporation, a financial institution, as defined under Title 18, United States Code, Section 20, in connection with an application, advance, discount, purchase, purchase agreement, repurchase agreement, commitment, or loan, in that the defendant represented that he was the person known as J.W., when in truth and fact, as the defendant well knew, he was not.

(In violation of Title 18, United States Code, Sections 1014 and 2.)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1.     The defendant, if convicted of any of the violations alleged in Counts One through Nine and Eighteen of this Indictment, shall forfeit to the United States, as part of sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the violation.

2.     If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e.).

(In accordance with Title 18, United States Code, Sections 982(a)(2)(A).)

UNITED STATES v. STEVEN M. PRICE
4:20-cr-__3|__

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By:  *[signature]*
Brendan C. Woods
Special Assistant United States Attorney
D. Mack Coleman
Assistant United States Attorney
Eastern District of Virginia
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax:    (757) 591-0866
Email: brendan.woods@usdoj.gov
Email: mack.coleman@usdoj.gov